## Commonwealth v. Murphy, Appellant.

Before FIOK, J.

Submitted November 17, 1975.
*Anthony J. Lalama,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Negron, Appellant.

Before BROWN, J.

Submitted September 8, 1975.
*Edward F. Browne, Jr.,* Assistant Public Defender, for appellant; *Louise G. Herr,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the court below to allow appellant to file a petition to withdraw his guilty plea *nunc pro tunc.*

PRICE, J., dissents for reasons stated in *Commonwealth v. Roberts,* 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975).